IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| HUMAN RESOURCE CERTIFICATION INSTITUTE<br><br>Plaintiff,<br><br>v.<br><br>HUMAN RESOURCES PROFESSIONAL ASSOCIATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action: 1:10-cv-822<br>) LO/JFA<br>)<br>)<br>)<br>) |

## HRCI'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

Human Resource Certification Institute ("HRCI"), by counsel, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, moves for the entry of an order granting leave to serve written discovery requests on Defendant Human Resources Professional Association ("HRPA") directed at issues raised by HRPA in its Motion to Dismiss HRCI's Complaint for Lack of Personal Jurisdiction (the "Motion to Dismiss"). The specific relief requests and the reasons supporting HRCI's motion are set forth in its Memorandum in Support, filed simultaneously with this motion.

Date: October 12, 2010

Respectfully Submitted,

By: /s/ David J. Sensenig
David. J. Sensenig (VSB # 41102)
Gavin Law Offices, PLC
2500 Gaskins Road, Suite B
Richmond, Virginia 23238
Telephone: 804-658-1376
Facsimile: 804-784-4423

dsensenig@gavinlawoffices.com
*Counsel for Plaintiff Human Resource Certification Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2010, the foregoing was electronically filed and served using the CM/ECF system on the following parties:

H. Scott Johnson, Jr., Esquire
PCT Law Group, PLLC
1725 Duke Street, Suite 240
Alexandria, Virginia  22314
sjohnson@pctlg.com
*Counsel for Defendant Human
Resources Professionals Association*

/s/ David J. Sensenig
David. J. Sensenig (VSB# 41102)
Gavin Law Offices, PLC
2500 Gaskins Road, Suite B
Richmond, Virginia 23238
Telephone:  804-658-1376
Facsimile: 804-784-4423
dsensenig@gavinlawoffices.com
*Counsel for Plaintiff Human Resource
Certification Institute*
